# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-1607
_____

JAMES ROBERT HART,

Appellant,

v.

THE LAW OFFICES OF TRAVIS
WALKER, P.A., and JENNIFER
COCKREL,

Appellees.

_____

On appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.


December 17, 2025

PER CURIAM.

The Court grants Appellant's motions for leave to amend filed October 23, 2025, and accepts the Amended Initial Brief filed October 13, 2025. The Court discharges the show cause order issued October 7, 2025. We summarily affirm for failure to show a preliminary basis for reversal. *See* Fla. R. App. P. 9.315(a).

RAY, WINOKUR, and M.K. THOMAS, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————

James Robert Hart, pro se, Appellant.

Matthew A. Tornincasa and Kyle W. Bente of Shendell & Pollock, PL, Boca Raton, for Appellees.